IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVEL THE PLAYING FIELD, PETER ACKERMAN, GREEN PARTY OF THE UNITED STATES, and LIBERTARIAN NATIONAL COMMITTEE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>Defendant. | Civil Action No.:  15-cv-961 (TSC) |

**MOTION TO USE ALTERNATIVE ADDRESSES
TO COMPLY WITH LOCAL RULE 5.1(c)(1)**

Plaintiffs Level The Playing Field and Peter Ackerman hereby submit this Motion requesting that this Court permit them to use alternative addresses to comply with Local Rule 5.1(c)(1) for the following reasons:

1.      Plaintiff Level The Playing Field is a nonpartisan, nonprofit corporation.  Its only mailing address is P.O. Box 25554, Alexandria, VA 22313.  It does not possess any other address.

2.      Plaintiff Peter Ackerman regularly receives mail at 1775 Pennsylvania Avenue NW, Suite 1200, Washington, DC 20006.

3.      Dr. Ackerman wishes to use the above-mentioned address in lieu of his residence address in connection with this action to prevent potential harassment, invasion of privacy, or other unsolicited use of his residence address by third parties.

4.      Defendant Federal Election Commission will not be prejudiced by the use of these addresses to comply with Local Rule 5.1(c)(1).  Plaintiffs claim subject matter jurisdiction on the

basis of federal question jurisdiction under 52 U.S.C. § 30109(a)(8)(A) and 28 U.S.C. § 1331, not on the basis of diversity of citizenship, and accordingly, their residence addresses are not relevant to any jurisdictional issue. Moreover, venue in this district is proper under 52 U.S.C. § 30109(a)(8)(A) and 28 U.S.C. § 1391(e). Finally, both Plaintiffs are represented by counsel, and service of all court documents in this case can be made to Plaintiffs' counsel via ECF and/or counsel's address.

Dated: June 22, 2015

Respectfully submitted,

 /s/ Alexandra A.E. Shapiro_____
Alexandra A.E. Shapiro (D.C. Bar No. 438461)
SHAPIRO ARATO LLP
500 Fifth Avenue
40th Floor
New York, New York 10110
Phone:  (212) 257-4880
Fax:  (212) 202-6417

*Attorneys for Plaintiffs Level the Playing Field and Peter Ackerman*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEVEL THE PLAYING FIELD, PETER ACKERMAN, GREEN PARTY OF THE UNITED STATES, and LIBERTARIAN NATIONAL COMMITTEE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>Defendant. | Civil Action No.:  15-cv-961 (TSC)<br><br>**[PROPOSED] ORDER** |

Having considered Plaintiff's Motion to Use Alternative Addresses to Comply with Local Rule 5.1(c)(1), said Motion is hereby GRANTED; and it is further ORDERED that Plaintiffs Level the Playing Field and Peter Ackerman are hereby permitted to use alternative addresses to comply with Local Rule 5.1(c)(1) in the above-captioned matter.

IT IS SO ORDERED.

Dated: June __, 2015                                                                          _____
                                                                                                              Hon. Tanya S. Chutkan

Copies mailed/transmitted to:

Federal Election Commission
999 E Street, NW
Washington, DC 20463

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Alternative Addresses to Comply with Local Rule 5.1(c)(1) was served by first-class mail, postage prepaid, on the 22nd day of June, 2015, upon

> Federal Election Commission
> 999 E Street, NW
> Washington, DC 20463

_____
Chetan A. Patil