IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVEL THE PLAYING FIELD, PETER ACKERMAN, GREEN PARTY OF THE UNITED STATES, and LIBERTARIAN NATIONAL COMMITTEE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>Defendant. | Civil Action No.: 15-cv-961 (TSC) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Level The Playing Field, Peter Ackerman, Green Party of the United States, and Libertarian National Committee, Inc. hereby give notice of their voluntary dismissal of this action without prejudice.

Dated: August 27, 2015

Respectfully submitted,

s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro (D.C. Bar No. 438461)
SHAPIRO ARATO LLP
500 Fifth Avenue
40th Floor
New York, New York 10110
Phone: (212) 257-4880
Fax: (212) 202-6417

*Attorneys for Plaintiffs Level the Playing Field, Peter Ackerman, Green Party of the United States, and Libertarian National Committee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served by first-class mail, postage prepaid, on the 27th day of August, 2015, upon

>Federal Election Commission
>999 E Street, NW
>Washington, DC 20463

Chetan A. Patil