### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LEVEL THE PLAYING FIELD et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-961 (TSC) |
| | ) | |
| **FEDERAL ELECTION COMMISSION,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER OF DISMISAL

In light of the Notice of Voluntary Dismissal, (ECF No. 6), filed by the Plaintiffs, this

action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


Date:  August 31, 2015




*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge